Dismissed and Memorandum Opinion filed March 3, 2011.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00277-CR

____________

 

CARLOS LOZANO CORREA, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 263rd District Court

Harris County, Texas

Trial Court Cause No. 1144736

 



 

MEMORANDUM
 OPINION

A written request to withdraw the notice of appeal,
personally signed by appellant, has been filed with this court.  See Tex. R. App. P. 42.2.  Because this court
has not delivered an opinion, we grant appellant=s request.

Accordingly, we order the appeal dismissed.  We direct the
Clerk of the court to issue the mandate of the court immediately.

PER CURIAM

Panel consists of Justices
Brown, Boyce, and Jamison.

Do Not Publish C Tex. R. App. P. 47.2(b)